1  MCGUIREWOODS LLP
   A. BROOKS GRESHAM (SBN 155954)
2  bgresham@mcguirewoods.com
   TRACY EVANS MOYER (SBN 243212)
3  tmoyer@mcguirewoods.com
   ERIKA L. PENNINGTON (SBN 246237)
4  epennington@mcguirewoods.com
   1800 Century Park East, 8th Floor
5  Los Angeles, California 90067
   Telephone: (310) 315-8200
6  Facsimile: (310) 315-8210

7  Attorneys for Defendant SPRINT
   NEXTEL CORPORATION **(special appearance)**,
8  Sprint Spectrum, L.P. and Sprint Solutions, Inc.

**FILED**

MAR 29 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT TALLAL, AL ALBERTO, CRAIG MORRIS, MATT TILLMAN, and SHALIMAR GUERRA on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPRINT NEXTEL CORPORATION, SPRINT SOLUTIONS INC., SPRINT SPECTRUM LP, MINORCO LP, SWV TWO LP, and SPRINT SPECTRUM HOLDING COMPANY LP,<br><br>Defendants. | CASE NO. C10-05660 SBA<br><br>**AMENDED STIPULATION TO DISMISS CERTAIN OF THE NAMED DEFENDANTS; [PROPOSED] ORDER** |

29278515.1

1  WHEREAS on January 5, 2011, plaintiffs Scott Tallal, Al Alberto, Craig Morris, Matt Tillman and Shalimar Guerra ("Plaintiffs") filed an Amended Class Action Complaint, Dkt. No. 16 ("Amended Complaint"), against defendants Sprint Nextel Corporation ("SNC"), Sprint Solutions Inc., Sprint Nextel Corporation, MinorCo, L.P., SWV Two, L.P. and Sprint Spectrum Holding Company, L.P.;

WHEREAS in reliance upon the Representations set forth in the January 28, 2011 declaration of Scott Andreasen, filed simultaneously herewith, Plaintiffs agree to dismiss Sprint Nextel Corporation, MinorCo, L.P., SWV Two, L.P. and Sprint Spectrum Holding Company, L.P. from this action.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys for the undersigned parties that:

Plaintiffs will dismiss, without prejudice, defendants Sprint Nextel Corporation, MinorCo, L.P., SWV Two, L.P. and Sprint Spectrum Holding Company, L.P;

Sprint Spectrum, L.P. and Sprint Solutions, Inc. will agree to accept service of the Amended Complaint on behalf of Sprint Spectrum, L.P. and Sprint Solutions, Inc.; and

Sprint Spectrum, L.P. and Sprint Solutions, Inc. agree to respond to the Amended Complaint on or before February 3, 2011.

**IT IS SO STIPULATED.**

Dated: February 8, 2011                    MCGUIREWOODS LLP

                                           By:  /s/ A. Brooks Gresham
                                                A. Brooks Gresham
                                                Attorneys for Defendants SPRINT NEXTEL
                                                CORPORATION **(special appearance),**
                                                SPRINT SOLUTIONS, INC., SPRINT
                                                SPECTRUM, L.P.

Dated: February 8, 2011                    BURSOR & FISHER, P.A.

                                           By:  /s/ L. Timothy Fisher
                                                L. Timothy Fisher
                                                Attorneys for Plaintiffs SCOTT TALLAL, AL
                                                ALBERTO, CRAIG MORRIS, MATT
                                                TILLMAN, and SHALIMAR GUERRA

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

4

5  DATED: 3-28-11                    By: _____
                                          The Honorable Saundra Brown Armstrong
6                                         Judge, United States District Court

7

8

... (lines 9–28 blank)